1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7193
7       FAX: (415) 436-6982
        nikhil.bhagat@usdoj.gov
8
   Attorneys for United States of America

9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,            )
                                          ) Case No. CR 19-234 HSG
14 |         Plaintiff,                   )
                                          ) **STIPULATION AND [PROPOSED] ORDER**
15 |    v.                                ) **EXCLUDING TIME UNDER THE SPEEDY**
                                          ) **TRIAL ACT**
16 | CARLOS ALBERTO LIMON-LOMELI,         )
                                          )
17 |         Defendant.                   )
                                          )
18 |_____)

19
        The parties appeared before the Court for the first status conference in this case on June 10, 2019.
20
   At that time, the Court set the matter for a motions or trial setting hearing on July 29, 2019. The
21
   government has produced discovery to the defendant, and defense counsel is in the process of reviewing
22
   that discovery. The government is also in the process of producing a small amount of additional discovery
23
   to the defendant.
24
        For this reason, and those reasons stated on the record in this matter at the status conference held
25
   on June 10, 2019, the parties stipulate and agree that the time between June 10, 2019 and July 29, 2019
26
   should be excluded from calculation under the Speedy Trial Act for the effective preparation of counsel
27
   and that ends of justice served by any such continuance outweigh the best interests of the public and the
28

STIP. & [PROP.] ORD. EXCLUDING TIME
CR 19-234 HSG                                    1

| | |
|---|---|
| 1 | defendant in a speedy trial. |
| 2 | The undersigned Assistant United States Attorney certifies that counsel for the defendant has |
| 3 | approved the filing of this document with her electronic signature. |
| 4 | IT IS SO STIPULATED this 13th day of June, 2019. |

DAVID L. ANDERSONUnited States Attorney

LAW OFFICES OF GAIL SHIFMAN

_____/s/_____NIKHIL BHAGATAssistant United States Attorney

_____/s/_____GAIL SHIFMAN*Attorney for Carlos Alberto Limon-Lomeli*

### [~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 10, 2019 and July 29, 2019, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from June 10, 2019, through and including July 29, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Having made these findings, it is hereby ORDERED that the time from June 10, 2019 through and including July 29, 2019 is excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: ___6/14/2019_____

_____HONORABLE HAYWOOD S. GILLIAM, JR.United States District Judge